DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RENAISSANCE HOTEL MANAGEMENT COMPANY, LLC,
d/b/a RENAISSANCE TAMPA INTERNATIONAL PLAZA HOTEL,

Appellant,

v.

JOHN VANN,

Appellee.

No. 2D2024-2495
_____

December 19, 2025

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie,
Judge.

P. Brandon Perkins of Campbell Conroy & O'Neil, Fort Lauderdale, for
Appellant.

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellee.


PER CURIAM.

   Affirmed.


NORTHCUTT, SILBERMAN, and KELLY, JJ., Concur.

_____

Opinion subject to revision prior to official publication.